THE PEOPLE OF THE STATE OF NEW YORK, Appellant, *v.* GEORGE ARTHUR, Respondent.

*Crimes — appeal — reversal by Appellate Division of judgment of conviction — appeal by People, without permission, to Court of Appeals, dismissed.*

*People* v. *Arthur*, 221 App. Div. 227, appeal dismissed.
(Argued November 28, 1927; decided January 10, 1928.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 14, 1927, which reversed a judgment of the Court of General Sessions of the county of New York rendered upon a verdict convicting the defendant of robbery in the second degree and remanded the defendant for resentence.

*Joab H. Banton, District Attorney* (*Robert C. Taylor* of counsel), for appellant.

*Joseph Lonardo* and *Richard J. Barry* for respondent.

Appeal dismissed on authority of *People* v. *Kevlon* (247 N. Y. 192).

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN and O'BRIEN, JJ. Not sitting: KELLOGG, J.